IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-758-SLR ) |
| ERNEST J. CULBREATH, | ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this 6th day of December, 2007,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge