IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-758-SLR ) |
| ERNEST J. CULBREATH, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this _18th_ day of June, 2008, plaintiff appearing pro se and, having been granted leave to proceed without prepayment of fees; and the court's having screened the case pursuant to 28 U.S.C. § 1915 (D.I. 4);

IT IS ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided the clerk of the court an original "U.S. Marshal-285" form for defendant. Plaintiff has also provided the court with one copy the complaint (D.I. 2) for service upon defendant.

2. The United States Marshal shall forthwith serve a copy of the complaint and this order upon the defendant as directed by plaintiff. All costs of service shall be advanced by the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE