## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sylver L. Brooks,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) C.A. No. 07-758-SLR |
| v. | ) Trial by Jury Demanded |
| | ) |
| **Ernest J. Culbreath,** | ) |
| | ) |
| **Defendant** | ) |

## ANSWER TO COMPLAINT

1. Denied.

2. Denied.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied in all respects.

7. This paragraph states a legal conclusion and/or request to which no answer is required, but to which the answering defendant denies.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff fails to state a cause of action upon which this Court can grant relief.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff's claim is barred by the applicable statute of limitations under Delaware Conflict of Law Rules.

ABER,BAKER & OVER


    /s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Defendant

DATED:  December 4, 2008

## **CERTIFICATE OF SERVICE**

  This certifies that the undersigned served two copies of the attached pleadings by US Mail and Certified Mail return receipt requested to the below-named party, on December 4, 2008:

    Sylver L. Brooks
    500 Delaware Ave
    P.O. Box 1251
    Wilmington, DE 19801

        /s/ Melissa A. Chionchio
        Melissa A. Chionchio
        Secretary to
        Gary W. Aber, Esquire