IN THE UNITED STATES
DISTRICT COURT
OF DELAWARE

SYLVER L. BROOKS         C.A. NO. 07-758 SLR
        Plaintiff         TRAIL by JURY DEMANDE

V

ERNEST J CULBREATH
        defendant

RESPONSE TO DEFENDANT MOTION TO
VACATE DEFAULT JUDGEMENT

According to Civil Rules of Procedure Rule 12 A (1) defendant has 20 days to respond to plaintiff's complaint. Defendant should have tried to seek legal advice on September 2, 2008 when defendant was served with USM285 indicating they served defendant. Defendan didn't seek legal advice until clerk enter Default Judgement on November 26, 2008 At that time according to Civil Rules of Procedure defendant responded to late. Plaintiff begs court to adhere to its own Rules and grant plaintiff Default Judgement. But, amend monary judgement. Plaintiff was asking of $150,000,

Plaintiff wishes for the Honorable Court to decide a fair judgement for the sexual, physical, emotional & mental abuse, which plaintiff suffered & continues to suffer by repeated flash backs of abuses causing inability to function normally. Not being able to work nor maintain a healthy relationships. Plaintiff needs therpy & medication the rest of her life because of defendants abuses. May the only true God, Jehovah and Honorable Court decide a fair & approciate montary judgement for plaintiff

Sylver L. Brooks

*Sylver L. Brooks*

CERTIFICATE OF SERVICE

This certifies that the undersigned was served RESPONSE TO MOTION FOR DEFAULT JUDGMENT. BY U.S. MAIL Dec. 16, 2008

ABER, BAKER & OVER
702 KING St. Suite 600
P.O. BOX 1675
Wilmington, DE. 19899

Sylver L. Brooks
P.O. Box 1251
Wilmington DE 19801

*Sylver L. Brooks*