IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sylver L. Brooks, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-758-SLR |
| v. | ) Trial by Jury Demanded |
| | ) |
| Ernest J. Culbreath, | ) |
| | ) |
| Defendant | ) |

## DEFENDANT'S MOTION TO AMEND

The defendant, in the above-captioned matter, moves this Court pursuant to Rule 15(a), Federal Rules of Civil Procedure, to allow the defendant to amend his answer in this matter to add an affirmative defense, in the form attached hereto as Exhibit No. 1, specifically this Court's lack of personal jurisdiction, asserting affirmative defenses under Rule 12(b)(4)&(5), Federal Rules of Civil Procedure

ABER, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Defendant

DATED: December 23, 2008

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sylver L. Brooks, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-758-SLR |
| v. | ) Trial by Jury Demanded |
| | ) |
| Ernest J. Culbreath, | ) |
| | ) |
| Defendant | ) |

## AMENDED ANSWER TO COMPLAINT

1. Denied.

2. Denied.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied in all respects.

7. This paragraph states a legal conclusion and/or request to which no answer is required, but to which the answering defendant denies.

### FIRST AFFIRMATIVE DEFENSE

The plaintiff fails to state a cause of action upon which this Court can grant relief.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff's claim is barred by the applicable statute of limitations under Delaware Conflict of Law Rules.

### THIRD AFFIRMATIVE DEFENSE

The complaint in this matter should be dismissed pursuant to Rule 12(b)(4) &(5), Federal Rules of Civil Procedure for insufficiency of process and/or insufficiency of service of process.

ABER,BAKER & OVER


/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Defendant

DATED:  December 23, 2008

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by US Mail and Certified Mail return receipt requested to the below-named party, on December 23, 2008:

> Sylver L. Brooks
> 500 Delaware Ave
> P.O. Box 1251
> Wilmington, DE 19801

> /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to
> Gary W. Aber, Esquire