IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sylver L. Brooks, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-758-SLR |
| v. | ) Trial by Jury Demanded |
| | ) |
| Ernest J. Culbreath, | ) |
| | ) |
| Defendant | ) |

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO AMEND

The defendant seeks this Court's permission to amend his answer in this matter. The basis of this motion is as follows:

1. It is well accepted that motions to amend, especially at the initial stages of litigation "...shall be freely given when justice so requires." Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2 222 (1962). The motion to amend should be granted absent undue delay, bad faith, or prejudice to the non-moving party. Alvin v. Suzuki, 227 F.3d 107, 121 (3d Cir. 2000).

2. The Docket (Exhibit No. 1) and record in this matter clearly show that the plaintiff has failed to ever request the Clerk of the Court to issue a summons, or to have a summons served upon the defendant (Docket: Exhibit No. 1).

3. The amendment in this case, seeks to assert an affirmative defense under Rule 12(b)(4)&(5), Federal Rules of Civil Procedure, to show that the plaintiff never properly obtained personal jurisdiction over the defendant.

4. It is well established that the issuance of a summons, that is signed by the clerk and has the seal of the Court affixed to it is an essential element in obtaining the Court's personal jurisdiction over the defendant. Ayres v. Jacobs & Crumpler, P.A., 99 F.3d 565, 568 (3d Cir. 1996). The failure of the plaintiff to obtain valid service of process, that is, have a summons from the Court served upon the defendant, is fatal to a plaintiff's case. (Id. at 569).

5. Even though the plaintiff in this matter is acting "pro se" and is entitled to more

leniency in certain matters, than that given to experienced attorneys, the failure to follow the rules of this Court may entitle a party opposing a pro se plaintiff to a dismissal. Thompson v. Target Stores, 501 F.Supp.2d 601, 604-605 (D.Del. 2007)(citing with approval Ayers v. Jacobs & Crumpler, P.A., supra.).

6. Accordingly, the defendant will be able to demonstrate that this Court lacks personal jurisdiction over the defendant, and has a meritorious basis for the amendment.

7. This matter is still at its initial stages, there has been no undue delay in asserting this defense and no bad faith. Moreover, the plaintiff will suffer no prejudice in this matter since, a requirement that a party prove their case upon the merits is not considered prejudice. IBEW Local 313 v. Skaggs, 130 F.R.D. 524, 526 (D.Del. 1990).

WHEREFORE, the defendant requests this Court permission to allow the amendment to its answer to assert an affirmative defense that this Court lacks personal jurisdiction over the defendant, for the reasons stated herein.

ABER,BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Defendant

DATED: December 23, 2008

# EXHIBIT 1

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00758-SLR

Brooks v. Culbreath
Assigned to: Judge Sue L. Robinson
Demand: $150,000
Related Cases: 1:08-cv-00060-SLR
                1:07-cv-00759-SLR
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/06/2007
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Sylver L. Brooks**      represented by   **Sylver L. Brooks**
500 Delaware Ave
P.O. Box 1251
Wilmington, DE 19801
302-994-1931
PRO SE

V.

**Defendant**

**Ernest J. Culbreath**      represented by   **Gary W. Aber**
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite #600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Email: gaber@gablawde.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Sylver L. Brooks. (els) (Entered: 11/27/2007) |
| 11/26/2007 | 2 | COMPLAINT filed Pro Se with Jury Demand against Ernest J. Culbreath - filed by Sylver L. Brooks. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(els) (Entered: 11/27/2007) |
| 11/26/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 11/27/2007) |
| 12/05/2007 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge |

|            |    |                                                                                                                                                                                                                                                             |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (SLR) after the case number on all documents filed. (rjb) (Entered: 12/05/2007)                                                                                                                                                                             |
| 12/06/2007 | 4  | ORDER - granting 1 Motion for Leave to Proceed in forma pauperis. Signed by Judge Sue L. Robinson on 12/6/07. (rwc) (Entered: 12/06/2007)                                                                                                                    |
| 02/11/2008 |    | USM 285 forms received for the following defendants: Ernest Culbreath (els) (Entered: 02/11/2008)                                                                                                                                                           |
| 06/20/2008 | 5  | ORDER- - Plaintiff has submitted original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to USM with Mag. Consent forms for service). Signed by Judge Sue L. Robinson on 06/18/2008. (lid) (Entered: 06/20/2008) |
| 06/20/2008 |    | Exit USM 285 forms to U.S. Marshal (re D.I. 2 and D.I. 5 sent to defendant Culbreath) (lid) (Entered: 06/20/2008)                                                                                                                                            |
| 09/09/2008 | 6  | USM 285 Returned Executed Ernest J. Culbreath served on 9/2/2008, answer due 9/22/2008. (lid) (Entered: 09/10/2008)                                                                                                                                          |
| 11/06/2008 | 7  | Clerk's ENTRY OF DEFAULT as to Ernest J. Culbreath. (nmf) (Entered: 11/06/2008)                                                                                                                                                                              |
| 11/06/2008 |    | Copy of D.I. 7 mailed to Ernest J. Culbreath at the address listed on the USM 285 form. (nmf) (Entered: 11/06/2008)                                                                                                                                         |
| 11/20/2008 | 8  | NOTICE of Change of Address by Sylver L. Brooks (lid) (Entered: 11/21/2008)                                                                                                                                                                                  |
| 11/20/2008 | 9  | MOTION for Default Judgment as to Ernest J. Culbreath - filed by Sylver L. Brooks. (lid) (Entered: 11/21/2008)                                                                                                                                               |
| 11/21/2008 |    | Remark: Address updated per change of address filed by plaintiff on 11/20/08. Associated Cases: 1:07-cv-00759-SLR, 1:07-cv-00758-SLR, 1:08-cv-00060-SLR(rbe) (Entered: 11/21/2008)                                                                           |
| 11/26/2008 | 10 | NOTICE of Appearance by Gary W. Aber on behalf of Ernest J. Culbreath (Aber, Gary) (Entered: 11/26/2008)                                                                                                                                                    |
| 12/01/2008 | 11 | CERTIFICATE OF SERVICE of Entry of Appearance by Ernest J. Culbreath (Aber, Gary) (Entered: 12/01/2008)                                                                                                                                                     |
| 12/04/2008 | 12 | ANSWER to 2 Complaint (Pro Se) with Jury Demand by Ernest J. Culbreath. (Aber, Gary) (Entered: 12/04/2008)                                                                                                                                                  |
| 12/05/2008 | 13 | MOTION to Vacate 9 MOTION for Default Judgment as to Ernest J. Culbreath - filed by Ernest J. Culbreath. (Aber, Gary) (Entered: 12/05/2008)                                                                                                                  |
| 12/16/2008 | 14 | RESPONSE TO MOTION re 13 MOTION to Vacate 9 MOTION for Default Judgment as to Ernest J. Culbreath filed by Sylver L. Brooks.Reply Brief due date per Local Rules is 12/29/2008. (lid) (Entered: 12/17/2008)                                                  |

|                                |
|--------------------------------|
| **PACER Service Center**       |
| **Transaction Receipt**        |

| 12/23/2008 10:07:46 | | | |
|---|---|---|---|
| PACER Login: | ga0263 | Client Code: | Culbreath |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00758-SLR Start date: 1/1/1970 End date: 12/23/2008 |
| Billable Pages: | 2 | Cost: | 0.16 |

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by US Mail and Certified Mail return receipt requested to the below-named party, on December 23, 2008:

>Sylver L. Brooks
>500 Delaware Ave
>P.O. Box 1251
>Wilmington, DE 19801

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to
>Gary W. Aber, Esquire