ORIGINAL

In United State District Court
For the District of Delaware

Sylver L. Brooks
  Plaintiff

   v

Ernest J. Culbreath
  And
Anna Culbreath
  Defendants,

C.A. 07-758-SLR-MPT
Consolidated

2009 FEB 17 PM 12: 14

## Response to Memorandum Feb 6, 2009

Sylver L. Brooks, Plaintiff filed a formus pauper case, pro se. The Marshall's office was instructed to serve a USM 285 form to defendants, Exhibits I, II, III. Show that defendants were served according to Civil Procedure, for formus pauper case. No summons, is required in a formus pauper case, pro se. Defendants, were served properly.

Sylver L. Brooks
Pro Se

Dated Feb 17, 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-758-SLR |
| | ) |
| ERNEST J. CULBREATH, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this __18th__ day of June, 2008, plaintiff appearing pro se and, having been granted leave to proceed without prepayment of fees; and the court's having screened the case pursuant to 28 U.S.C. § 1915 (D.I. 4);

IT IS ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided the clerk of the court an original "U.S. Marshal-285" form for defendant. Plaintiff has also provided the court with one copy the complaint (D.I. 2) for service upon defendant.

2. The United States Marshal shall forthwith serve a copy of the complaint and this order upon the defendant as directed by plaintiff. All costs of service shall be advanced by the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE

EXHIT II

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: SYLVER L. BROOKS | COURT CASE NUMBER: 07CV758SLR |
| DEFENDANT: ERNEST CULBREATH | TYPE OF PROCESS: Civil Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ERNEST CULBREATH

**AT** ADDRESS: 631 E. BASIN ST, NORRISTOWN, PA. 19401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SYLVER L. BROOKS
46 COURT DR. #B
WILMINGTON, DE. 19805

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of: Sylver L. Brooks
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (302) 994-1931
DATE: 2-11-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 15
District to Serve: No. 66
Signature of Authorized USMS Deputy or Clerk: BF
Date: 7-21-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 09-02-08
Time: 5:00 pm
Signature of U.S. Marshal or Deputy: [signature]

REMARKS:
7-21-08 Forward to E/PA

EXBIT III

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SYLVER L. BROOKS | 07-CV 759 SLR |
| DEFENDANT | TYPE OF PROCESS |
| ANNA CULBREATH | CIVIL COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANNA CULBREATH
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 631 E. BASIN ST, NORRISTOWN, PA. 19401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SYLVER L. BROOKS
46 COURT DR #B
WILMINGTON, DE
19805

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Sylver L. Brooks | | (302) 994-1931 | 2-11-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 13 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk BF | Date 7-21-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
ERNEST CULBREATH, Spouse

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am |
|---|---|---|
| 09.03.08 | 5:w | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 7-21-08 Forward to E/PA

2008 SEP -9 AM 8:53

**PRIOR EDITIONS MAY BE USED**      **1. CLERK OF THE COURT**      **FORM USM-285 (Rev. 12/15/80)**

GARY ABER
FIRST FEDERAL
PLAZA SUITE #600
P.O. BOX 1675
Wilmington, DE
19899

## CERTIFICATE OF SERVICE

I SYLVER L. BROOKS, HAVE SERVED GARY W. ABER, THIRD CLASS MAIL, COPIES (SYLVEAL. BROOKS) OF PLAINTIFF'S, RESPONSE TO MEMORUM OF FEB 6, 2009. DATE OF SERVICE, FEB 17, 2009. CASE# CV-00758-SLM-MPT.

Sylver L. Brooks
P.O. Box 1251
Wilmington DE. 19801

GARY W. ABER
FIRST FEDERAL
PLAZA SUITE #600
P.O. BOX 1675
Wilmington, DE 19899
(302) 422-4900

DATED FEB 17, 2009