LAW OFFICES
## ABER, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SAAGAR B. SHAH**

Fax:   302-472-4900
       302-472-4920

**ALSO ADMITTED IN PENNSYLVANIA

February 18, 2009

Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE  19801

RE:   Brooks v. Culbreath
      C.A. No.: 07-758 (SLR) Consolidated

Dear Judge Thynge:

Pursuant to Your Honor's Standing Orders, I am enclosing with this letter a copy of the Plaintiff's "Response to Memorandum, February 6, 2009" filed by the defendant.

It is my understanding that this document was also filed by the clerk and it appears at DK-20.  If Your Honor needs any additional information from me, please feel free to contact me at the Court's convenience.

Yours very truly,

Gary W. Aber

GWA/mac
Enclosure
cc:   Ms. Sylver L. Brooks

ORIGINAL

IN UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYLVER L BROOKS
PLAINTIFF

V

ERNEST J. CULBREATH
AND
ANNA CULBREATH
DEFENDANTS,

C.A. 07-758-SLR-MPT
CONSIDERATED

2009 FEB 17  PM 12:14

RESPONSE TO MEMOROUM FEB 6, 2009

SYLVER L. BROOKS, PLAINTIFF FILED A PAUPER CASE, PRO SE. THE formus MARSHALL'S OFFICE WAS INSTRUCTED TO SERVE A, USM 285 form to defendants, EXPITS I, II, III, Show that defendants WERE SERVED ACCORDING to CIVIL Proceedure, FOR FORMUS PAUPER CASE. NO SUMMONS, IS REQUIRED IN A FORMUS PAUPER CASE, Pro SE. DEFENDANTS, WERE SERVED PROPPERLY.

Sylver L Brooks
Pro Se

DATED FEB 17, 2009

*EXHIBIT I*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYLVER L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-758-SLR |
| | ) | |
| ERNEST J. CULBREATH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this _18_ day of June, 2008, plaintiff appearing pro se and, having been granted leave to proceed without prepayment of fees; and the court's having screened the case pursuant to 28 U.S.C. § 1915 (D.I. 4);

IT IS ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided the clerk of the court an original "U.S. Marshal-285" form for defendant. Plaintiff has also provided the court with one copy the complaint (D.I. 2) for service upon defendant.

2. The United States Marshal shall forthwith serve a copy of the complaint and this order upon the defendant as directed by plaintiff. All costs of service shall be advanced by the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE

*EXHIBIT II*

| U.S. Department of Justice United States Marshals Service | **PROCESS RECEIPT AND RETURN** See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |
|---|---|

| PLAINTIFF SYLVER L. BROOKS | COURT CASE NUMBER O7CV758SLR |
|---|---|
| DEFENDANT ERNEST CULBREATH | TYPE OF PROCESS Civil Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ERNEST CULBREATH

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 631 E. BASIN ST. NORRISTOWN PA. 19401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| SYLVER L. BROOKS 46 COURT DR. #B WILMINGTON, DE. 19805 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                    Fold

PAUPER CASE

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   *Sylver L. Brooks* | TELEPHONE NUMBER (302) 994-1931 | DATE 2-11-08 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 15 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk   *BF* | Date 7-21-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 09-02-08   Time 5:00 pm   Signature of U.S. Marshal or Deputy   *Kirk H.* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
7-21-08   Forward to E/PA

2008 SEP -9 AM 8:54

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

*EXBIT III*

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SYLVER L. BROOKS | 07-CV 759 SLR |
| DEFENDANT | TYPE OF PROCESS |
| ANNA CULBREATH | Civil Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ANNA CULBREATH

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 631 E. BASIN ST. NORRISTOWN, PA. 19401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| SYLVER L. BROOKS<br>46 COURT DR #B<br>WILMINGTON, DE<br>19805 | Number of process to be served with this Form - 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

PAUPER CASE

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Sylver L. Brooks* | | (302) 994-1931 | 2-11-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 13 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk<br>BF | Date 7-21-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ERNEST CULBREATH, Spouse | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 07-29-08    Time: 5:00    am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 7-21-08   Forward to E/PA

2008 SEP -9 AM 8: 53

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

CV-00758-
SLM-MPT

GARY W ABER
FIRST FEDERAL
PLAZA SUITE #600
P.O. BOX 1673
Wilmington, DE
1989.

## CERTIFICATE OF SERVICE

I SYLVER L, BROOKS, HAVE SERVED
GARY W. Aber, Third CLASS MAIL COPIES
SYLVER L. BROOKS
OF PLAINTIFF'S, RESPONSE TO MEMORUM
OF Feb 6, 2009. DATE OF SERVICE, Feb 17, 2009,
CASE# CV-00758-SLM-MPT.

Sylver L. Brooks
P.O. Box 1251
Wilmington DE. 19801

GARY W. ABER
FIRST FEDERAL
PLAZA SUITE #600
P.O. BOX 1675
Wilmington, DE 19899
(302) 422-4900

DATED Feb 17, 2009