LAW OFFICES
ABER, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
DARRELL J. BAKER, P.A.                                    302-472-4900
SUSAN C. OVER                              Fax:    302-472-4920
SAAGAR B. SHAH**

**ALSO ADMITTED IN PENNSYLVANIA

May 26, 2009

**BY HAND**
Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE  19801

> RE:   Brooks v. Culbreath
>        C.A. No.: 07-758 (SLR) Consolidated

Dear Judge Thyne

    This is the Defendant's letter, pursuant to the Directive of the Court, with regards to a discovery issue in the above-captioned matter which is scheduled for a teleconference on June 2, 2009, at 9:00 a.m.  I will initiate the conference.

    On February 24, 2009 the Defendant forwarded to the Plaintiff "Defendant's First Set of Interrogatories Directed to the Plaintiff", as well as "Defendant's First Request for Production Directed to the Plaintiff". (Notices of such service appear at Dk. 22).  Not having received responses to that discovery within 30 days I wrote to the Plaintiff by Certified Mail and Regular Mail correspondence on April 17, 2009 reminding her under the Rules of the Court that responses were due on March 30, 2009, and I had not yet received responses.  I further advised her of the consequences of not responding to that discovery, and inviting her to contact me to attempt to establish a date by which those responses would be forwarded.  (A copy of that letter is attached as Exhibit No. 1).  As of this date I have heard nothing from the Defendant, with more than approximately 45 days having passed.

Magistrate Judge Mary Pat Thynge
May 26, 2009
Page Two
RE:   Brooks v. Culbreath
         <u>C.A. No.: 07-758 (SLR) Consolidated</u>

Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/ddl
Enclosure
cc:   Ms. Sylver L. Brooks (with enclosure:  Court's Order of May 21, 2009)
        3912 Lancaster Pike
        Apartment B
        Wilmington, DE   19805
        Via 1st Class and Certified Mail - Return Receipt Requested

# ABER, BAKER & OVER

### (AN ASSOCIATION OF LAW PRACTICES)
### 702 KING STREET, SUITE 600
### P.O. BOX 1675
### WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SAGAAR B. SHAH**

Fax:   302-472-4900
302-472-4920

**ALSO ADMITTED IN PENNSYLVANIA

April 17, 2009

**CERTIFIED MAIL AND REGULAR MAIL**
Ms. Sylver L. Brooks
500 Delaware Avenue
P.O. Box 1251
Wilmington, DE 19801

RE:    Sylver L. Brooks  v. Ernest J. Culbreath
C.A. No.: 07-758 (SLR)

Sylver L. Brooks  v. Anna C. Culbreath
C.A. No.: 07-759 (SLR)

Dear Ms. Brooks:

On February 24, 2009 I filed a Notice of Service with the Court and served upon you Defendant's "First Set of Interrogatories Directed to the Plaintiff" as well as Defendant's "First Request for Production of Documents Directed to the Plaintiff".

Under the Rules of the Court those documents you were to serve me with responses to those 2 discovery documents on or before March 30, 2009, (30 days after service upon you).  To date I have not received any documents from you, any request for an extension, or any other response to that discovery.  If you do not respond to that discovery as required by the Rules of the Court the Defendants would be entitled to seek sanctions against you from the Court. Those sanctions could include limitations on your ability to prove certain facts, up to and including dismissal of this matter for failure to provide responses to discovery.

Ms. Sylver L. Brooks
April 17, 2009
Page Two

It is my hope that you will respond to the discovery which I have served upon you in a full complete and truthful fashion in the immediate future.  If you wish to discuss a date by which you would file those responses please feel free to contact me, including but not limited to a telephone call to my office telephone number.

Yours very truly,

Gary W. Aber

GWA/ddl
cc:    Ernest and Anna Culbreath