LAW OFFICES
## ABER, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SAAGAR B. SHAH**

302-472-4900
Fax:  302-472-4920

**ALSO ADMITTED IN PENNSYLVANIA

June 1, 2009

**BY HAND**
Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE  19801

RE:  Brooks v. Culbreath
C.A. No.: 07-758 (SLR) Consolidated

Dear Judge Thyne:

I had written and requested a teleconference concerning a discovery dispute in the above-captioned matter, specifically the Plaintiff's failure to respond to Defendant's Interrogatories and Request for Production. In my recent letter to you of May 26, 2009, I represented to you that I had sent the Plaintiff notice by letter dated April 17, 2009 concerning the failure to make responses.

On Friday, May 29, 2009, we received in the mail a return of the Certified Mail letter which I forwarded to her on that date showing that notice had been left in her old address post office box (P.O. Box 1251, 500 Delaware Avenue, Wilmington, DE  19801), but had not been claimed. The return showed that three (3) notices had been left on April 20, 2009, May 11, 2009 and May 21, 2009. We have not received a return of the Regular U.S. Mail letter which was sent to the same address. Since I was not sure whether this meant that the Plaintiff had received my initial communication I have now sent to her a copy of the original letter to her new address, both by Certified Mail and Regular Mail.

Magistrate Judge Mary Pat Thynge
June 1, 2009
Page Two
RE: Brooks v. Culbreath
<u>C.A. No.: 07-758 (SLR) Consolidated</u>

    In light of that information I do not know if the Court wishes to postpone the June 2, 2009 teleconference or to proceed with it.

                                          Respectfully,

                                          Gary W. Aber

GWA/ddl
Enclosure
cc:  Ms. Sylver L. Brooks
      3912 Lancaster Pike
      Apartment B
      Wilmington, DE  19805
      Via 1st Class and Certified Mail - Return Receipt Requested

**ABER, BAKER & OVER**
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SAGAAR B. SHAH**

302-472-4900
Fax: 302-472-4920

**ALSO ADMITTED IN PENNSYLVANIA

April 17, 2009

**CERTIFIED MAIL AND REGULAR MAIL**
Ms. Sylver L. Brooks
500 Delaware Avenue
P.O. Box 1251
Wilmington, DE 19801

RE: Sylver L. Brooks v. Ernest J. Culbreath
C.A. No.: 07-758 (SLR)

Sylver L. Brooks v. Anna C. Culbreath
C.A. No.: 07-759 (SLR)

Dear Ms. Brooks:

On February 24, 2009 I filed a Notice of Service with the Court and served upon you Defendant's "First Set of Interrogatories Directed to the Plaintiff" as well as Defendant's "First Request for Production of Documents Directed to the Plaintiff".

Under the Rules of the Court those documents you were to serve me with responses to those 2 discovery documents on or before March 30, 2009, (30 days after service upon you). To date I have not received any documents from you, any request for an extension, or any other response to that discovery. If you do not respond to that discovery as required by the Rules of the Court the Defendants would be entitled to seek sanctions against you from the Court. Those sanctions could include limitations on your ability to prove certain facts, up to and including dismissal of this matter for failure to provide responses to discovery.

Ms. Sylver L. Brooks
April 17, 2009
Page Two

    It is my hope that you will respond to the discovery which I have served upon you in a full complete and truthful fashion in the immediate future. If you wish to discuss a date by which you would file those responses please feel free to contact me, including but not limited to a telephone call to my office telephone number.

Yours very truly,

Gary W. Aber

GWA/ddl
cc:   Ernest and Anna Culbreath