IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYLVER L. BROOKS
    Plaintiff

v.

ERNEST J. CULBREATH
AND ANNA CULBREATH
    Defendants

C.A. NO. 07-758-SLR/MPT
Consolidated
Trail by Jury Demand

RESPONSE TO MOTION TO STAY DISCOVERY PENDING DISPOSITIVE MOTION

   Plaintiff request court to uphold extention of discovery, agreed upon during a teleconference, June 2, 2009, which defendant agreed.

(1) Plaintiff has responded to interrogatories to the best of plaintiff's abilities. The plaintiff has described the sexual abuse in detail. Plaintiff was very young at the time. Plaintiff remebers the exact locations of two places. The third location, only the name of the street.

   The allegation that plaintiff, hasn't answered all questions is untrue.

THE ONLY QUESTION PLAINTIFF DIDN'T ANSWER, NAME OF ANOTHER VICTIM OF THE DEFENDANT, ERNEST J. CULBREATH, PLAINTIFF WILL ANSWER THE QUESTION NOW. THE SECOND VICTIM IS <u>TOREYN TUGGLE</u> <u>15 CHESNUT ST, PLYMOUTH MEETING, PA 19462</u> SHE REQUESTED NOT TO BE IDENFIED IN THIS COMPLAINT. BUT, IF NEED BE PLAINTIFF PLANS TO SUBPOENA VICTIM AS HOSTILE WITNESS.

3. THE COURT HAS RULED IN PLAINTIFF'S FAVOR AS TO WHAT STATE THIS CASE WILL BE HEARD. DEFENDANTS WANT THIS TO BE RULED ON AGAIN, WHICH ISN'T FAIR TO PLAINTIFF.

4. DEFENDANTS, HAVE CONSIDERABLE ASSETS ON WHICH TO DRAW, FOR MONIES. A FEW OF WHICH ARE ① A HOME, WHICH HAS BEEN PAID IN FULL FOR OVER 15 YRS. ② THEY HAVE LIFE INSURANCE FOR WELL OVER 40 YRS PLUS, A 1 CREDIT, TO TAKE OUT A LOAN. ③ TWO COMFORTABLE CARS, JUST TO NAME A FEW THINGS.

5. ON MAY 26, 2009, DEFENDANTS CONTACTED THE COURT CONCERNING FAILURE OF PLAINTIFF TO RESPOND TO DISCOVERY.

AT THAT TIME DISCOVERY WAS VERY IMPORTANT TO THEM. BUT AFTER VIEWING THE EXTENSIVE MEDICAL FILES, 22 SEPARATE FIVE-SEVEN DAY STAYS AT PSYCHIATRIC UNIT, SIX OR SEVEN PSYCHIATRISTS, AND MANY MORE PSYCHOLOGISTS AND THERAPISTS, DEFENDANTS ARE BACKING AWAY FROM THE CASE, CLAIMING THEIR FUNDS ARE BEING EXHAUSTED.

5. HOW CAN COURT RESOLVE THIS CASE WITHOUT SEEING AT THE VERY LEAST ONE MEDICAL FILE. THIS FILE NOT BEING VERY LARGE WOULD ONLY COAST DEFENDANTS $50.00. THE FILE PLAINTIFF WOULD LIKE THE COURT TO VIEW ARE THE SOUR GROUP THERPY SESSIONS (FOR SURVIVORS OF SEXUAL ABUSE) AND A TAPE RECORDING. IT'S A SMALL FILE, YET INFORMATION IS INTENSE.

6. PLAINTIFF CASE WILL SUFFER IF COURT CANNOT VIEW AT LEASE EVIDENCE VIEW OF ONE MEDICAL FILE.

WHEREFORE PLAINTIFF REQUEST COURT VIEW SOUR INC. MEDICAL FILE BEFORE MAKING ANY RULINGS

SYLVER L BROOKS

*Sylver L Brooks*

500 DELAWARE AVE
P.O. BOX 1251
WILMINGTON, DE 19801

DATED: AUGUST 25, 2009

## CERTIFICATE OF SERVICE

THIS CERTIFIES THAT ONE COPY OF this DOCUMENT HAS BEEN SERVED U.S. MAIL ON AUGUST 25, 2009

GARY W. ABERS
FIRST FEDERAL PLAZA SUITE 600
702 KING ST. P.O. BOX 1675
WILMINGTON, DE 19899

SYLVER L. BROOKS
Signed *Sylver L Brooks*
500 DELAWARE AVE
P.O. BOX 1251
WILMINGTON, DE 19801