IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sylver L. Brooks, | ) |
|     Plaintiff, | ) ) ) C.A. No. 07-758-SLR/MPT )    Consolidated |
| v. | ) ) |
| Ernest J. Culbreath, and Anna Culbreath, | ) ) |
|     Defendants | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, pursuant to Fed. R. Civ. P. 56 move for Summary Judgment in the above-captioned consolidated matters on the basis that the Plaintiff's action is barred by the applicable Pennsylvania two year statute of limitations, required to be applied in this matter under this forum state, Delaware's choice of law rules.

    /s/ Gary W. Aber
GARY W. ABER (DSB #754)
Aber, Baker & Over
704 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Defendants

## CERTIFICATE OF SERVICE

This certifies that the undersigned served two copies of the attached pleadings by US Mail and Certified Mail Return Receipt Requested to the below-named party, on October 1, 2009:

>Sylver L. Brooks
>P.O. Box 1251
>Wilmington, DE 19801

>>/s/ Deborah D. Lockerman
>>Deborah D. Lockerman
>>Secretary to Gary W. Aber, Esquire