IN United States District Court
For District of Delaware

Sylver L. Brooks
    Plaintiff,

vs.

Culbreath + Culbreaths and
Anna Culbreath    — Defendents

Civil Action
No. 07-758-SLR-MPT

2009 DEC -7 PM 2: 20

RESPONSE TO SUMMERY OF JUDGMENT

Plaintiff would like to remind the court, that the court already ruled on which state this case will be heard in.

Also defendants very guilty of crime they are accused. They have considerable assets, much superior to the plaintiff's assets (which are none). They should compensate the plaintiff for injuries she has sufferd her entire life.

Dated; Dec 3, 2009

Respectfully submitted
SYLVER L. Brooks
Sylver L. Brooks
P.O. Box 1251
Wilmington, DE 19805

Certificate of Service

This is to certified that copy was served to

Gary W. ABERS
ABER, BAKER & OVER
FIRST FEDERAL PLAZA Suite 600
702 KING St P.O. Box 1675
Wilmington, DE 19899

Dated, Dec 3, 2009

By Sylver L. Brooks
SYLVER L. BROOKS
P.O. Box 1251
Wilmington, DE 19805