1

In the United States District Court
for the District of Delaware

Sylver L Brooks
   Plaintiff
  V.
Ernest & Anna Culbreath
   Defendant

CA 07-758 SLM
Consolided

Response to Report and Recommendation
First of all due to inclement weather. Since Delaware was declared a State of emergency the federal & State buildings were closed. I was unable to retrieve my main in a timely matter,

Statement of facts
The defendants attorney argued my complaint should be heard in Pennsylvania. Yet the court allowed it to be heard in Delaware. The state in which I live, because of Governor Minner's law changing the statute of limitations for Delaware. [SEXUAL ABUSE COMPLAINTS]
I had a teleconference with the defendants attorney and Judge Thyme. At that time the court told the defendants [ATTORNEY] to have his clients pay for my medical records All of them.

I wasn't able to pay for them myself being
unable to WORK
indegent due to my abusive parents the
defendants. The defense agreed at that time
   Later, he told the court his clients
couldn't afford to pay for my medical records.
I requested <u>one</u> file from one psychiatrist. That
       first
request was also denied. It was paramount to
my case.
   The file contained <u>keds</u> & medical reports from
SOUP, a sexual abuse group therpy sessions.
I have been mentally, emotionally ravaged trying to
representing myself in this case.
   Also, I ammended my inital monetary
damages from $150,000. to an amount to the
court though was fair for a destroyed life.

   If the defendants win this complaint it will
be a <u>TRAVESTY OF JUSTICE</u> for myself and
<u>All</u> other sexual abuse & incest. The abuse
                    VICTIMS
was so embarrising I never revealed every-
thing they did to me sexually. Espically my
mothers sexual abuse to me, which I repressed
untill recently. The two defendants who are
twisted & perverse PEDOPHILES. These two evil
PEDOPHILES probally will walk free any type

of punishment for their criminal + immoral incestious crimes against me and my daughter, who was to afraid to step foward and testify against them.

They hide under the skirts of their hypercritical attorney. The defendants are both ministers. They have gone through life using their religon to masquerading as upstanding + rightous people.

When in truth, no child is safe around them. I could not afford an attorney so I fear that EVIL WILL TRUMP JUSTICE in my case.

Dated
2-19-2010

*Sylver L. Brooks*

*Sylver L. Brooks*

I Certify I sent copies of this motion to  2-15-2010

Gary Abers
704 King St St 600
P.O. Box 1675
Wilmington, De, 19801

Sincerly,
Brook